(June 2, 1994)

■ CHI SUN FUNG, Appellant, v CITY OF NEW YORK et al., Respondents and Third-Party Plaintiffs-Respondents. KA HON CONSTRUCTION COMPANY, INC., Third-Party Defendant-Respondent. [614 NYS2d 122] —Order, Supreme Court, New York County (Martin Schoenfeld, J.) entered on or about November 25, 1992, unanimously affirmed for the reasons stated by Schoenfeld, J., without costs and without disbursements. No opinion. Concur—Murphy, P. J., Rosenberger, Kupferman and Ross, JJ.

■ MOUNT VERNON FIRE INSURANCE COMPANY, Respondent, v ALL-WEATHER COATING CORP., Appellant, et al., Defendants. [614 NYS2d 119] —Order, Supreme Court, New York County (Eugene Nardelli, J.), entered on February 2, 1993, unanimously affirmed for the reasons stated by Nardelli, J., without costs and without disbursements. No opinion. Concur—Murphy, P. J., Rosenberger, Kupferman, Ross and Tom, JJ.